UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK          COUNTY OF MONROE


JAMES O. YOUNG                                          Affidavit of 1st
                                                        Class Mail Service
                        PLAINTIFF


                                                        42 U.S.C.S. 1983

   against                                              Index No. 24-CV-6366-FPG


MONROE COUNTY (MUNICIPALITY)
monroe county sheriff "Todd Baxter"                     JURY DEMAND FOR TRAIL
Monroe County "SGT. Prince"
Monroe County "CPL Thorpe"
                        RESPONDANTS

_____

          PLEASE LET IF BE KNOWN; The above Plaintiff, James O. Young,

being duly deposed and sworn does herebyt state:


     I/I is part of the enclosed action, over the age of 18 years of age

and did mail "Truew Copies" of the nclosed by placing the documents

in a pre-paid package, placing such pacjng said package in the Prison

mail recepticale under the exclusive control of the U.S. Postal Serv.


     Copies of Affidavit of Service, Motion, and Affidavit were mailed

from Upstate Correctional PO Box 2001 M lone NY 12953, and sent to Chiel Clerk,

2012 US Courthouse 100 State St. Rochester, NY 14614 upon this ___7___

day of _JUNE____ ,2024 __8__ am/(pm)


DATED: __June 7 2024_____          _____
                                        James O. Young        Pro-Se


sworn before me this __7TH__ day

of __JUNE_____ 2024.

_____
        JAMIE A. BURROUGHS
     Notary Public, State of New York
            No. 01BU6427833
        Qualified in Franklin County
     My Commission Expires January 03, 2026

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK        COUNTY MONROE

James O. Young                                      MOTION
                        Plaintiff

        vs.                                         $@42 USCA 1983

Monroe County (municipality)                        Index#:6:22-cv-06471
Monroe County Sheriff "TODD BAXTER"
Monroe County "SGT. PRINCE"                         Jury Trail Demanded
Monroe County "CPL THROPE"

                        Defendnant(s)

_____

                        PRELIMINARY STATEMENT:

___   This "Pro-Se" civil action, liberally and generally construed

is brought under 42 U.S.C.A. 1983, where herin the Plaintiff James

O. Young hereinafter known as the "Plaintiff"; brinmgs action of the

above mentione defendants and an all in thier individual/proffesional

capacities. Defendant 1 "monor Couty (municipality. Defendnant 2

"Monroe County Sheriff "Todd Baxter", Defendnat 3 Monroe County "SGT.

Prince" and Monroe County CPL XTHMM Thorpe". Under this action there

comes this claim of voilation of "Clearly Established RIGHT" and the

guarantess those rights protect since 1791.

        Thes named defendants failed in training or being trained, will-

-full indifference to the safety of Plaintiff, wantoningly putting

the Plaintiff in serious danger and having personal knowledge of

knowinbg or should have known their actions created undue harm from

physical voilence from other I/I, and wantoningly did the actions.

        Amendment 1 voilation of Freedom of Speech and to address the

government for grievences, Amendment 4 People to be free and secure

in their persons, papers, Amendmant 11 To not deprive a person life

liberty and property without Due Process, Amendment 8 Cruel and uu-

-usual punishment, Amendment 14 Due Process and Equal Protection.

                            (1)

## COMPLAINT AND ARGUMENT:

1. On or about October 4, 2022 Dep. BelMonte (Law Library Dep.) brought "legal Mail", a full color catalog from the US Sent--enticing Commission to be photcopied and given to Plaintiff.

2. Plaitiff asked the Dep½ Belmonte to check with the on duty SGT to see if the jail did not photocopy the catalog for the copying makes the catalog hard to read and pages go missinn.

3. First Lock-In at 5 p.m. Plaintiff was om bunk when SGT Price opened cell door and when Plaintiff asked what was up? The SGT Price became extremely hostile and thern tossed the photo copied catalog into the Plaintiffd cell on the floor and did state "You do NOT have the right to F***ing decline any mail, you don't run this F***ing jail, WEDO!!". The door to cell 29 then slams shut.

4. Arounbd lock-in time (9 p.m.) SGT Prince returned to Plain--iffs cell door 29 and stated "Here id the copy of the Legal Mail" as it was placed upon the bunk. Plaintiff did notice a new recruit was with SGT Prince. Plaintiff verbally apologized for upsetting the SGT to which SGT Prince states "I was not mad and I did not throw anything" then she slammed the door and went about her rounds.

5. Monroe County Jail has tower units for min, med, and max I/I for Felons of serious nature there is the "Main Frame" which does not have the same emmentities as the towers do (vending machine i.e.). The Main Frame is also much much smaller in cell size to.

6. During the process of intake and such, the I/I charges tothe voilation are recorded in the computer and any and all Sheridd deputies known of such charges to make housing more ammicable.

(2)

and for security and sfety for the I/I.

7. The Monroe County Jails "Main Frame" housing unit is used to house Max. I/I only and it used for punishment for when a Min. or Med. I/I casnnoyt getalong in the Tower Units.

8. Accortding to Deputies from Monroe County Jail, they state that they can move any I/I for any reason and at anytime they choose, regardless of safety, security and good order of the jail.

9. Upon October 5, 2022 or therein,XSSXX Thorpe CPL. entered the Plaintiffs housing unit requesting to speak out in the hall--way. Plaintiff went to hall and was told that they were going to move Plaintiff. When asked where they were moving Plaintiff to, CPL. Thorpe said "I have order ticket to re-house you to the "FRAME".

10. Plaintiff made it specifically clear that he should not be re--housed in the "Frame" due to the type of charhes Plaintiff was convicted of, and that it Plaintiff in severe danger for assualt or even worse. Plaintiff did ask CPL Thorpe who made the housing request, but CPL Thorpe refused to answer. The Plaintiff knew it was from SGT Prince from the night before.

11. Plaintiff had a clean housing record, and should NOT have been re-housed to the "Frame", just because of the charges and where people in the "Frame" knew of Plaintiffs charges where he was threatened with voilence, and had been assualtred already in Tower Housing Unit already.

12. Plaintiff tried to explain to CPL. Thorpe that with the chages against him, housing Plaintiff in the frame created undue stress, anxiety, fear and put Plaintiff in position to have undue harm done to him.

(30)

13. CPL. Thorpe is being sued in his individual and official capacity.

12. SGT. Prince is being suewd in her individual and official capacity.

13. Being administrator, law maker for Monroe County, setting the rules of the Monroe County Jail, being an advocate for Monroe County for funds for Monroe County in Washington D.C. also making policies for Monroe County and being paid by Monroe County, Sheriff Todd Baxter is also being sued in his individual and officiasl capacity.

14. Monroe County (municipality) is being named for their policy maker, lobbyist, law maker, training of Depities, hiring of deputies on behalf of Monroe County iteslef, does make the County laible for the state actor, Sheriif Todd Baxter, to be laible for the Monroe County itself.

15. Accordingly, SGT. Prince and CPL Thrope are all aware of the Plaintiff's charges and both have been deputies long enough tp that the specific charges the Plaintiff had, there was a **REAL** threat to Plaintiff's well being and both wantoningly ignored that very fact intentional and personally.

16. Monroe County Sheriff **TODD BAXTER** knew or should have known this type of action for disciplinary or to prove a poiñt of his SGT.'s and CPL's was an ongoing problemm and by not correct--ing the issue had voilated the Plaintiff's clesarly established rights to be safe and secure under the Sheriff.

17. Pruir to this incident, Plaintiff was housed in 4S cell 29 where also assaulted by another I/I.

18. Plaintiff nows suffers from loss of hearing in the left ear and permanent ringering in the same ear.

19. Plaintiff also suffers from "long Hauler Syndrome" due to the County Jails ineffective protocals to protect the I/I population.

20. October 2,2022 or thereo , after I/I was more and moved from the "Frame" cell block; the on duty deputy put I/I in a cell (to be named in discovery) with an all ethnic population where I/I was assaulted thervery next morning. Receiving a blow to to the face and specifically the faont rightsj w bone. To date I/I still has pain in that area.

21. Under PLRA, I/I did try and use the grievance system, even tho the system is non-funcfining leaving the I/I with untendable ways to address the Government a out a Constitutionalright voilation, which in turn does still let the I/I to file a action under 42 U.S.C. B1983 for PLRA is administrative action

### PRAYER FOR RELIEF AN REMEDY

Under  2 U.S.C.A 1983, I/I does request the follwwing relief and remedy fo  the wantoningly, arbritrary and capriscious with personal knowledge knwoledge, or shoulH have  known the true events mentioned within this Motion.

With the ability to collect on anu jddgment th  ugh an  workers insurance bond or other type of insurance and bonds that cover any of the alledged. Imme iate halt to moving vulnerable I/I into any harmful and dangerous situation a s well as:

MONETARY DAMAGES                    $850,000.00
( eight hundred fifty thousand d o llars )

PUNITIVE DAMAGES:

PTSD, intentional emotional distress,ongoing
physical &phsychological damage, retailation,
harassment, anxiety, depressino , reasonable
attorney cost, ongoing and future mediaal and
psychological expenses, Marshal Costs, all
postage costs, filing fees c  r ed, pain and

suffering                    ADDED TO AbovE FOR j  ty to awadd

5.

relief requested is to be equitable and fair
to any and all related parties, and any juryaward
shall also be deemed the same.

These above mentioned actions fall under preexisting and established laws 1 **Amend.** "+Free Sppech", "Ability to redress grievances withthe Government". 5 **Amend.** "Due Process of Law". 8 **Amend.** "To be free un--usual and crule punishment". ~~1~~4 **Amend.** "Due Process and Equal Pro--tection of Law". **Clearly** Established Rights vua NY State Constitution under bill of rights. Tese reights and this action have now "Stated a Claim" where relief and remedy maybe sought.

\*\*Any and all inforamtion herein is to be
believed and true, correct an  with
personal knowledge un the law  of perjury.

DATED: ___June 7 2024___          ___James O. Young___    Pro-Se

sworn before me this __7TH__ day of
___June___  2024.

JAMIE A. BURROUGHS
Notary Public, State of New York
No. 01BU6427833
Qualified in Franklin County
My Commission Expires January 03, 2026

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK    COUNTY OF MONROE

JAMES O. YOUNG                                          AFFIDAVIT
                        PLAINTIFF


  a gainst                                    42 U.SCA β1983

MONROE COUNTY (municipality)                  Index No. 24-CV-6366-FPG
MONROE COUNTY SHERIFF "TODD BAXTER"           RJI No.
MONROE COUNTY "SGT. Prince"
MONROE COUNTY "CPL. Thorpe"
                                              Jury Trial Demanded
                        DEFEN DANT
— —————— ——— ——— ——— ——— ——— ——— —————

        PLEASE LET IT BE KNOWN: the above mentioned Plaintiff, James O.

Young, being part of this action and being duly sworn and deposed does

hereby state:

    Plaintiff is over the age o  18 years of age, a citizen of the United

STates of America and a resident of the State of New York. Plaintiff

has mailed "True Copies" of all  nclosed documents and;

    Mailed to Defendants and or legal representation who are natural

citizens and allowed to sign  6or service on behalf of any domestic

corporations within New York state in thier official or individual

capacities.

DATED: ____June 7 2624____          _____James O. Young_____ Pro-Se


sworn before me this ___7TH___ day

of __JUNE_____ 2024.

_____

JAMIE A. BURROUGHS
Notary Public, State of New York
No. 01BU6427833
Qualified in Franklin County
My Commission Expires January 03, 2026